Christina M. Mamer
Nevada Bar No. 13181
cmamer@wshblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorney for ANDERSON BUSINESS ADVISORS LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH CANNON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANDERSON BUSINESS ADVISORS LLC, a Nevada Corporation,<br><br>Defendant. | Case No. 2:18-cv-01599-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

///
///
///
///
///
///
///
///
///

## STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

It is hereby STIPULATED and AGREED to by Plaintiff, ELIZABETH CANNON and Defendant, ANDERSON BUSINESS ADVISORS LLC by and through their respective counsel of record, that ANDERSON BUSINESS ADVISORS LLC have an extension to file an Answer or other responsive pleading to Plaintiff's Complaint by October 3, 2018.

DATED this 18th of September, 2018.

| LEAVITT LEGAL GROUP | WOOD, SMITH, HENNING & BERMAN LLP |
|---|---|
| By: _____ <br> KRISTOFER D. LEAVITT, ESQ. <br> Nevada Bar No. 13173 <br> 612 S. 10th Street <br> Las Vegas, NV 89101 <br> Tel: 702.423.7208 <br> Attorney for Plaintiff, ELIZABETH CANNON | By: _____ <br> CHRISTINA M. MAMER <br> Nevada Bar No. 13181 <br> 2881 Business Park Court, Suite 200 <br> Las Vegas, Nevada 89128-9020 <br> Tel: 702.251.4100 <br> Attorney for Defendant, ANDERSON BUSINESS ADVISORS LLC |

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**
September 18, 2018
_____
Date