# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

ELIZABETH CANNON,

        Plaintiff,

vs.

ANDERSON BUSINESS ADVISORS LLC, a
Nevada Corporation,

        Defendant.

2:18-cv-01599-APG-VCF

**<u>ORDER</u>**

Before the court is Plaintiff's Renewed Motion to Re-Open Discovery and Modify the Scheduling Order Dated November 19, 2018 and Request for Expedited Hearing (ECF No. 28).

IT IS HEREBY ORDERED that Plaintiff's Renewed Motion to Re-Open Discovery and Modify the Scheduling Order Dated November 19, 2018 and Request for Expedited Hearing (ECF No. 28) will be briefed in the ordinary course.

IT IS FURTHER ORDERED the dispositive motion deadline and the joint pretrial order deadline are VACATED pending further order by the court.

DATED this 25th day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE