# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

ELIZABETH CANNON,

    Plaintiff,

vs.

ANDERSON BUSINESS ADVISORS LLC,

    Defendant.

2:18-cv-01599-APG-VCF

**ORDER**

    Before the court is Plaintiff's Emergency Motion for Continuance (ECF NO. 55).

    Accordingly,

    IT IS HEREBY ORDERED that any opposition to Plaintiff's Emergency Motion for Continuance (ECF NO. 55) must filed on or before noon, October 25, 2019.

    DATED this 23rd day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE