# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ELIZABETH CANNON,

        Plaintiff,

vs.

ANDERSON BUSINESS ADVISORS, LLC, a Nevada limited liability company,

        Defendant.

2:18-cv-01599-APG-VCF

**ORDER**

Before the court is Defendant's Emergency Motion for Sanctions (ECF NO. 68).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant's Emergency Motion for Sanctions (ECF NO. 68) must be filed on or before 12:00 PM, November 18, 2019. No reply needed.

IT IS FURTHER ORDERED that a hearing on Defendant's Emergency Motion for Sanctions (ECF NO. 68) is scheduled for 10:00 AM, November 20, 2019, in Courtroom 3D.

DATED this 14th day of November, 2019.

                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE