# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ELIZABETH CANNON,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDERSON BUSINESS ADVISORS, LLC, a Nevada limited liability company,<br><br>        Defendant. | 2:18-cv-01599-APG-VCF<br>**ORDER** |

Before the court is the Emergency Motion for Protective Order and Sanctions Pursuant to Fed. R. Civ. P. 26 and 37 and Request for Hearing (ECF NO. 85).

Accordingly,

IT IS HEREBY ORDERED that the Rule 30(b)(6) deposition scheduled for January 21, 2020, is stayed pending further order of the court.

IT IS FURTHER ORDERED that deadline to complete depositions, the dispositive motion deadline, and the Joint Pretrial Order deadline are stayed pending further order of the court.

IT IS FURTHER ORDERED that the Emergency Motion for Protective Order and Sanctions Pursuant to Fed. R. Civ. P. 26 and 37 and Request for Hearing (ECF NO. 85) will be briefed in the ordinary course.

DATED this 16th day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE