# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ELIZABETH CANNON,

    Plaintiff,

vs.

ANDERSON BUSINESS ADVISORS, LLC, a Nevada limited liability company,

    Defendant.

2:18-cv-01599-APG-VCF

**ORDER**

    Before the court are Plaintiff's Emergency Motion for Protective Order Following this Court's Order Dated February 13, 2020 (ECF No. 91) and Defendant's Emergency Motion to Strike Deposition Topics of Anderson Business Advisor's 30(b)(6) Designee, Request for Protective Order, and Request for Hearing (ECF No. 92).

    Accordingly,

    IT IS HEREBY ORDERED that any opposition to Plaintiff's Emergency Motion for Protective Order Following this Court's Order Dated February 13, 2020 (ECF No. 91) or Defendant's Emergency Motion to Strike Deposition Topics of Anderson Business Advisor's 30(b)(6) Designee, Request for Protective Order, and Request for Hearing (ECF No. 92) must be file on or before February 27, 2020. No reply necessary.

    IT IS FURTHER ORDERED that the Rule 30(b)(6) deposition deadline is vacated pending further order of the court.

    IT IS FURTHER ORDERED that deadline to destroy documents is stayed pending further order of the court.

IT IS FURTHER ORDERED that a hearing on Plaintiff's Emergency Motion for Protective Order Following this Court's Order Dated February 13, 2020 (ECF No. 91) and Defendant's Emergency Motion to Strike Deposition Topics of Anderson Business Advisor's 30(b)(6) Designee, Request for Protective Order, and Request for Hearing (ECF No. 92) is scheduled for 2:30 PM, February 28, 2020, in Courtroom 3D.

DATED this 20th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE