# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ELIZAETH CANNON,

       Plaintiff,

vs.

ANDERSON BUSINESS ADVISORS LLC, a Nevada Corporation,

       Defendant.

2:18-cv-01599-APG-VCF

**ORDER**

Before the Court is the Motion Requesting Telephonic Appearance (ECF No. 98).

Accordingly,

IT IS HEREBY ORDERED that the Motion Requesting Telephonic Appearance (ECF No. 98) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited

DATED this 16th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE