# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ELIZABETH CANNON, an individual,

      Plaintiff,

vs.

ANDERSON BUSINESS ADVISORS LLC, a Nevada Corporation,

      Defendant.

2:18-cv-01599-APG-VCF

**ORDER**

Before the court is Wood, Smith, Henning & Berman, LLP's Motion to Withdraw as Counsel for Defendant Anderson Business Advisors, LLC (ECF No. 108).

Defendant is still represented by Messner Reeves, LLC and Prince Law Group. *Id* at p. 4.

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that Wood, Smith, Henning & Berman, LLP's Motion to Withdraw as Counsel for Defendant Anderson Business Advisors, LLC (ECF No. 108) is GRANTED.

DATED this 4th day of May, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE