**PHILIP J. TRENCHAK, ESQ.**
Nevada Bar No. 9924
**VICTORIA C. MULLINS, ESQ.**
Nevada Bar No. 13546
**MULLINS & TRENCHAK, ATTORNEYS AT LAW**
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Tel: (702) 778-9444
Fax: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
*Attorneys for Plaintiff*

-AND-

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CANNON, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>ANDERSON BUSINESS ADVISORS LLC, a Nevada Corporation,<br><br>Defendants. | **CASE NO.: 2:18-cv-01599-APG-VCF**<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

1  The parties, by and through counsel of record, hereby stipulate and agree that Plaintiff will be granted an extension until **June 26, 2020** to file and serve a response to Defendant's Motion for Summary Judgment [ECF 111].  The Motion was filed on May 29, 2020 and Plaintiff's response is due on June 19, 2020.

On June 18, 2020, Ms. Marta D. Kurshumova contacted Defendant's counsel requesting a one-week extension.  Ms. Kurshumova informed them that Mr. Philip Trenchak was handling the opposition, however, a member of his office tested positive for Covid-19 and the office had to close down.  Mr. Kurshumova further informed them that Ms. Foley is away and out of cell service until Monday, June 22, 2020 and will not be able to work on the opposition until then.  Ms. Christina M. Mamer graciously agreed to the extension.

Thus, this request is made in good faith and not for the purpose of delay.

Dated:  June 19, 2020

MESSNER REEVES LLP

By: /s/ *Christina Mamer*
CHRISTINA MAE MAMER
RENEE M FINCH
MESSNER REEVES
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
702-363-5100
FAX: 702-363-5101
*Attorneys for Defendant*

PRINCE LAW GROUP

By: /s/ *Dennis Prince*
DENNIS MICHAEL PRINCE
10801 West Charleston Boulevard, Suite 560
Las Vegas, NV 89135
702-534-7600
Fax: 702-534-7601
*Attorney for Defendant*

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: June 22, 2020.

Dated: June 19, 2020                                  HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Jenny Foley*
JENNY FOLEY, ESQ.
MARTA D. KURSHUMOVA, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 625-3893
*Attorneys for Plaintiff*

By: */s/ Philip Trenchak*
PHILIP J. TRENCHAK, ESQ.
VICTORIA MULLINS, ESQ.
MULLINS & TRENCHAK
1614 S. Maryland Parkway
Las Vegas, NV 89104
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

Dated: _____