DENNIS M. PRINCE
Nevada Bar No. 5092
CORRINE P. MURPHY
Nevada Bar No. 10410
**PRINCE LAW GROUP**
10801 West Charleston Blvd., Suite 560
Las Vegas, NV  89135
*eservice@thedplg.com*
P. 702-534-7600
F. 702-534-7601
Attorneys for Defendant
*Anderson Business Advisors, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH CANNON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDERSON BUSINESS ADVISORS, LLC, a Nevada limited liability company,<br><br>    Defendant. | CASE NO. :  2:18-cv-01599-APG-VCF<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that PRINCE LAW GROUP hereby disassociates as counsel for Defendant ANDERSON BUSINESS ADVISORS, LLC, in the above-entitled matter.

   Dated this 21st day of January, 2021.

**PRINCE LAW GROUP**

*/s/ Corrine Murphy*
DENNIS M. PRINCE
Nevada Bar No. 5092
CORRINE P. MURPHY
Nevada Bar No. 10410
10801 West Charleston Blvd., Suite 560
Las Vegas, NV  89135
Attorneys for Defendant

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 2-1-2021

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5-4 and the Federal Rules of Civil Procedure, I hereby certify that I am an employee of PRINCE LAW GROUP and that on the 21st day of January, 2021, I served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** by U.S. District Court CM/ECF electronic service, which will send notification of such filing to the email addresses that are registered for this case, as follows:

Christina Mundy-Mamer, Esq.
Renee M. Finch, Esq.
MESSNER REEVES
8945 W. Russell Rd., Suite 300
Las Vegas, NV 89148
Attorneys for Defendant
*Anderson Business Advisors, LLC*

Philip J. Trenchak, Esq.
Victoria Mullings, Esq.
MULLINS & TRENCHAK
1614 S. Maryland Pkwy.
Las Vegas, NV 89104
-And-
Jenny L. Foley, Ph.D., Esq.
HKM EMPLOYMENT ATTORNEYS
1785 E. Sahara Ave., Suite 300
Las Vegas, NV 89104
Attorneys for Plaintiff
*Elizabeth Cannon*

/s/ Amy Ebinger
_____
An employee of PRINCE LAW GROUP

