# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CANNON, | Case No.: 2:18-cv-01599-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| ANDERSON BUSINESS ADVISORS LLC, | |
| Defendant | |

The proposed joint pretrial order is overdue. *See* ECF No. 73.

I THEREFORE ORDER that the parties shall file a proposed joint pretrial order by May 28, 2021. Failure to comply with this order may result in sanctions, including the dismissal of any remaining claims.

DATED this 4th day of May, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE