**PHILIP J. TRENCHAK, ESQ.**
Nevada Bar No. 9924
**VICTORIA C. MULLINS, ESQ.**
Nevada Bar No. 13546
**MULLINS & TRENCHAK, ATTORNEYS AT LAW**
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Tel: (702) 778-9444
Fax: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
*Attorneys for Plaintiff*

-AND-

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CANNON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANDERSON BUSINESS ADVISORS LLC, a Nevada Corporation,<br><br>Defendants. | **CASE NO.: 2:18-cv-01599-APG-VCF**<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DATE TO FILE PRETRIAL ORDER TO FRIDAY, JUNE 12, 2021** |

Comes now, Elizabeth Cannon and ANDERSON BUSINESS ADVISORS, LLC. by and through their respective counsel and hereby stipulate to extend the time to file their joint

pretrial order in the above captioned case from May 28, 2021, fourteen (14) days to June 12, 2021.

Dated this 28th day of May, 2021.

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

/s/ Phil Trenchak
Philip J. Trenchak, Esq.
Nevada Bar No. 9924
1614 S. Maryland Pkwy.
Las Vegas, NV 89104
*Attorney for Plaintiff*

**MESSNER REEVES LLP**

/s/ Christina Mamer
Christina Mamer, Esq
Nevada State Bar No. 13181
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 251-4100
cmamer@messner.com
*Attorney for Defendant*

**HKM EMPLOYMENT ATTORNEYS, LLP**

**JENNY L. FOLEY, Ph.D., Esq.**
Nevada Bar No. 9017
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 577-3029
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED  June 1 , 2021.

_____
U.S. Magistrate Judge