# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ELIZABETH CANNON, an Individual,

      Plaintiff,

vs.

ANDERSON BUSINESS ADVISORS LLC, a Nevada Corporation,

      Defendant.

218-cv-01599-APG-VCF

**ORDER**

      Before the Court is the Stipulation and Proposed Order to Extend Date to file Pretrial Order (ECF No. 128).

      Accordingly,

      IT IS HEREB ORDERED that the Joint Pretrial Order is due by October 12, 2021 or 14 days after the parties' upcoming private mediation, whichever date comes first.  The parties may file a request for an extension, if needed.

      DATED this 14th day of June, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE