**PHILIP J. TRENCHAK, ESQ.**
Nevada Bar No. 9924
**VICTORIA C. MULLINS, ESQ.**
Nevada Bar No. 13546
**MULLINS & TRENCHAK, ATTORNEYS AT LAW**
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Tel: (702) 778-9444
Fax: (702) 778-9449
E-mail: phil@mullinstrenchak.com
E-mail: victoria@mullinstrenchak.com
*Attorneys for Plaintiff*

-AND-

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CANNON, an Individual, | **CASE NO.: 2:18-cv-01599-APG-VCF** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO FILE ~~PROPOSED~~ JOINT PRETRIAL ORDER** |
| ANDERSON BUSINESS ADVISORS, LLC a Nevada limited liability company, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive, | |
| Defendants. | **(SECOND REQUEST)** |

Plaintiff, ELIZABETH CANNON ("Plaintiff") and Defendants ANDERSON BUSINESS ADVISORS, LLC ("Defendants"), by and through their counsel of record, hereby

Page **1** of **3**

stipulate to extend the deadline to file the proposed joint pretrial order (ECF 125), which was ordered by the Court on May 4, 2021. The parties hereby stipulate and agree as follow.

1. The parties proposed joint pretrial order is currently due on October 14, 2021.

2. The parties have agreed to attend a private mediation on this matter and extend the time for filing the Joint Pretrial Order for a period of sixty (60) days. The parties' mediation with Honorable Nancy Saitta (Ret.) is scheduled for November 1, 2021.

3. Pursuant to this agreement between the parties, the proposed joint pretrial order will be filed on or before December 14, 2021.

4. The parties agree that good cause exists for the request for the extension of the deadline to file the proposed joint pretrial order for the above-specified reasons.

///

///

///

///

///

///

5. The parties agree that the requested extension is warranted under the current circumstances and will not result in an undue or significant delay in the administration of this case.

Dated this 15th day of October, 2021

Dated this 15th day of October, 2021

HKM EMPLOYMENT ATTORNEYS LLP

MESSNER REEVES

*/s/ Jenny L. Foley*
JENNY L. FOLEY, Ph.D., ESQ.
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: 702-805-8340
Fax: 702-805-8340
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

*/s/ Christina Mundy-Mamer*
CHRISTINA MUNDY-MAMER, ESQ.
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Tel: 702-363-5100
Fax: 702-363-5101
Email: cmamer@messner.com
*Attorneys for Defendants*

MULLINS & TRENCHAK,
ATTORNEYS AT LAW

*/s/ Philip J. Trenchak*
PHILIP J. TRENCHAK, ESQ.
VICTORIA C. MULLINS, ESQ.
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Tel: 702-778-9444
Fax: 702-778-9449
E-mail: phil@mullinstrenchak.com
E-mail: victoria@mullinstrenchak.com
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-18-2021