# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CANNON,<br><br>　　Plaintiff<br><br>v.<br><br>ANDERSON BUSINESS ADVISORS LLC,<br><br>　　Defendant | Case No.: 2:18-cv-01599-APG-VCF<br><br>**Order** |

The proposed joint pretrial order is overdue. *See* ECF No. 131.

I THEREFORE ORDER the parties to file a proposed joint pretrial order by January 7, 2022. Failure to comply with this order may result in sanctions, including the dismissal of any remaining claims.

DATED this 17th day of December, 2021.

　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE