**PHILIP J. TRENCHAK, ESQ.**
Nevada Bar No. 9924
**VICTORIA C. MULLINS, ESQ.**
Nevada Bar No. 13546
**MULLINS & TRENCHAK, ATTORNEYS AT LAW**
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Tel: (702) 778-9444
Fax: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
*Attorneys for Plaintiff*

-AND-

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH CANNON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANDERSON BUSINESS ADVISORS LLC, a Nevada Corporation,<br><br>Defendants. | **CASE NO.: 2:18-cv-01599** -APG-VCF<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO EXTEND DATE TO FILE PRETRIAL ORDER PENDING THE OUTCOME OF SETTLEMENT NEGOTIATIONS**<br>**(third request)** |

Comes now, ELIZABETH CANNON and ANDERSON BUSINESS ADVISORS, LLC. by and through their respective counsel, and hereby stipulate to extend the time to file their joint pretrial order in the above captioned case from January 7, 2022 to March 7, 2022

pending further settlement discussions. The parties attended a mediation with Justice Nancy Saitta on November 1, 2021 and while the matter was not resolved at mediation, progress was made and the parties are continuing to engage in active negotiations in hope the matter can resolve without the need for trial and/or filing pretrial motions in limine. Accordingly, the parties respectfully request additional time to file their pretrial order. This Proposed Stipulation and Order is not being made with the intent to harass and it is being submitted in good faith.

Dated this 7th day of January, 2022.

| | |
|---|---|
| **MULLINS & TRENCHAK, ATTORNEYS AT LAW** | **MESSNER REEVES LLP** |
| /s/ Phil Trenchak_____ | /s/ Christina Mamer_____ |
| Philip J. Trenchak, Esq. | Christina Mamer, Esq |
| Nevada Bar No. 9924 | Nevada State Bar No. 13181 |
| 1614 S. Maryland Pkwy. | 8945 W. Russell Road, Suite 300 |
| Las Vegas, NV 89104 | Las Vegas, NV 89148 |
| *Attorney for Plaintiff* | Telephone: (702) 251-4100 |
| | cmamer@messner.com |
| | *Attorney for Defendant* |

**HKM EMPLOYMENT ATTORNEYS, LLP**

**JENNY L. FOLEY, Ph.D., Esq.**
Nevada Bar No. 9017
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 577-3029
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  1-7-2022  _____

# ORDER