**PHILIP J. TRENCHAK, ESQ.**
Nevada Bar No. 9924
**VICTORIA C. MULLINS, ESQ.**
Nevada Bar No. 13546
**MULLINS & TRENCHAK, ATTORNEYS AT LAW**
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Tel: (702) 778-9444
Fax: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
*Attorneys for Plaintiff*

-AND-

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH CANNON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANDERSON BUSINESS ADVISORS LLC, a Nevada Corporation,<br><br>Defendants. | **CASE NO.: 2:18-cv-01599**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DATE TO FILE PRETRIAL ORDER PENDING THE OUTCOME OF SETTLEMENT NEGOTIATIONS**<br>**(fourth request)** |

Comes now, Elizabeth Cannon and ANDERSON BUSINESS ADVISORS, LLC. by and through their respective counsel and hereby stipulate to extend the time to file their joint

Page **1** of **2**

pretrial order in the above captioned case from March 7, 2022 to May 7, 2022 pending further settlement discussions. The parties are currently in the process of attempting to resolve all issues. This Proposed Stipulation and Order is not being made with the intent to harass and it is being submitted in good faith.

Dated this 4th day of March, 2022.

| | |
|---|---|
| **MULLINS & TRENCHAK, ATTORNEYS AT LAW** | **MESSNER REEVES LLP** |
| /s/ Phil Trenchak | /s/ Christina Mamer |
| Philip J. Trenchak, Esq. | Christina Mamer, Esq |
| Nevada Bar No. 9924 | Nevada State Bar No. 13181 |
| 1614 S. Maryland Pkwy. | 8945 W. Russell Road, Suite 300 |
| Las Vegas, NV 89104 | Las Vegas, NV 89148 |
| *Attorney for Plaintiff* | Telephone: (702) 251-4100 |
| | cmamer@messner.com |
| | *Attorney for Defendant* |

**HKM EMPLOYMENT ATTORNEYS, LLP**

**JENNY L. FOLEY, Ph.D., Esq.**
Nevada Bar No. 9017
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 577-3029
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED  Dated this 10th day of March, 2022.

_____
U.S. Magistrate Judge

Page **2** of **2**