# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CANNON,<br><br>　　　　Plaintiff<br><br>v.<br><br>ANDERSON BUSINESS ADVISORS LLC,<br><br>　　　　Defendant | Case No.: 2:18-cv-01599-APG-VCF<br><br>**Order Rejecting Proposed Joint Pretrial Order**<br><br>(ECF No. 138) |

The parties' proposed joint pretrial order (ECF No. 138) is rejected because it does not contain a section for "action by the court" as required under Local Rule 16-4.

I THEREFORE ORDER the parties to file a proper proposed joint pretrial order by May 18, 2022. Failure to comply with this order may result in sanctions, including the dismissal of any remaining claims.

DATED this 11th day of May, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE