**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ELIZABETH CANNON,<br><br>        Plaintiff(s),<br><br>v.<br><br>ANDERSON BUSINESS ADVISORS, LLC,<br><br>        Defendant(s). | 2:18-cv-01599-APG-VCF<br><br>**<u>ORDER</u>** |

Before me is Defendant's request for exception to settlement conference (ECF NO. 144).

Accordingly,

I ORDER that an in-chambers' telephonic hearing on Defendant's request for exception to settlement conference (ECF NO. 144), is scheduled for 2:00 PM, June 10, 2022.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 6th day of June 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE