1 **PHILIP J. TRENCHAK, ESQ.**
Nevada Bar No. 9924
2 **VICTORIA C. MULLINS, ESQ.**
Nevada Bar No. 13546
3 **MULLINS & TRENCHAK, ATTORNEYS AT LAW**
1614 S. Maryland Pkwy
4 Las Vegas, Nevada 89104
Tel: (702) 778-9444
5 Fax: (702) 778-9449
E-mail: phil@mullinstrenchak.com
6 E-mail: victoria@mullinstrenchak.com
*Attorneys for Plaintiff*

7
-AND-
8
**JENNY L. FOLEY, Ph.D., ESQ.**
9 Nevada Bar No. 9017
E-mail: jfoley@hkm.com
10 **HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Dr., Suite 600
11 Las Vegas, Nevada 89109
Tel: (702) 805-8340
12 Fax: (702) 805-8340
*Attorneys for Plaintiff*

13

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH CANNON, an Individual, | **CASE NO.: 2:18-cv-01599-APG-VCF** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ANDERSON BUSINESS ADVISORS, LLC a Nevada limited liability company, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive, | |
| Defendants. | |

  Plaintiff, ELIZABETH CANNON ("Plaintiff") and Defendants ANDERSON BUSINESS ADVISORS, LLC ("Defendants"), by and through their counsel of record, hereby

Page **1** of **2**

stipulate to dismiss this action, with prejudice. Each party to bear its own attorney's fees and costs.

Dated this 13th Day of January, 2023                Dated this 13th day of January, 2023

**HKM EMPLOYMENT ATTORNEYS LLP**                **MESSNER REEVES**

*/s/ Jenny L. Foley*
JENNY L. FOLEY, Ph.D., ESQ.
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: 702-805-8340
Fax: 702-805-8340
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

*/s/ Christina Mundy-Mamer*
CHRISTINA MUNDY-MAMER, ESQ.
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Tel: 702-363-5100
Fax: 702-363-5101
Email: cmamer@messner.com
*Attorneys for Defendants*

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

*/s/ Philip J. Trenchak*
PHILIP J. TRENCHAK, ESQ.
VICTORIA C. MULLINS, ESQ.
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Tel: 702-778-9444
Fax: 702-778-9449
E-mail: phil@mullinstrenchak.com
E-mail: victoria@mullinstrenchak.com
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 17, 2023